**Order entered February 2, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00017-CR**

**CLYDE EARL TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75930-P**

## ORDER

Before the Court is appellant's January 29, 2020 motion to abate the appeal.

In the motion, appellant states that volumes 7 and 8 of the reporter's record,

prepared and transcribed by Latoya Young-Martinez, are incomplete or incorrect.

Specifically, appellant notes:

> Volume 7 begins with the prosecutor questioning the medical examiner in this case. (RR-7: 1-12). However, the subject changes with a question regarding when [someone] arrived at the crime scene. (RR-7: 12 at line 24). The following pages appear to involve a different defendant, prosecutor and defense counsel and appears to relate to a Collin County trial involving the offense of assault on a peace officer. (RR-7: 13-149).

The Collin County court announces it will accept the jury's verdict of guilty of the offense of assault on a peace officer and sentences that defendant to three (3) years confinement. (RR-7: 149 at line 14).

The record, however, appears to resume with the notation "Jury Deliberating". (RR-7: 149 at line 15). Thereafter, the court announces the jury verdict in this case (guilty of murder). (RR-7: 149 lines 20-25). Thereafter, the court releases the jury for the day and further discussion occurs between counsel and the trial court regarding language for the punishment charge. (RR-7: 150, 150-152). This volume lacks, at least, the continuing testimony of the medical examiner, some possible testimony from the defendant, the charge conference and jury argument. It is actually unknown what occurred in this trial based on the record (Volume 7) on file with this Court.

Volume 8 begins with a charge conference on punishment in this case. (RR-8: 5). However, the Court says "paragraphs" and then the Court greets the jury. (RR-8: 6-7 at line 1-2). The Court discusses the charge conference and resumes with naming the prosecutor and defense attorney from the Collin County case mentioned in Volume 7. (RR-8: at 7-8). However, based on the limited testimony presented, it appears that the witness called is the same witness previously called in this case. (RR-8: 8; RR-5: 176). The cross-examination and re-direct, however, appear to involve the Collin County case. (RR-8: 12-18). A witness from the Plano Police Department is called. (RR-8: 18-23). Another Plano Police officer is called. (RR-8:23-28). The record continues with the charge conference and jury arguments in the Collin County case. (RR-8: 28-43). Punishment evidence is presented in the Collin County case. (RR-8: 43-86 at line 7).

The record then appears to revert back to the instant case with the jury assessing punishment at 75 years confinement. (RR-8: 86 at line 8). Again, at a minimum, additional testimony, the charge conference and jury arguments at punishment in this case are missing. (RR-8: 7-86). It is unknown what actually occurred in this trial based on the reporter's record (Volume 8) on file with this court.

(Footnotes omitted).

The reporter's record was originally due on March 25, 2020. We granted numerous extension requests after which we ordered deputy court reporter LaToya R. Young-Martinez's not to sit until her portion (volumes 7 and 8) of the reporter's

record was completed and turned over to official court reporter Crystal Brown. On October 1, 2020, the reporter's record was filed, six months after the original due date. Having reviewed appellant's motion and volumes 7 and 8 of the reporter's record, we **GRANT** appellant's motion as follows.

We **ORDER** LaToya R. Young-Martinez to file corrected volumes 7 and 8 of the reporter's record by **10:00 A.M. February 16, 2021**. We **ORDER** that Ms. Young-Martinez not sit as a reporter until the volumes 7 and 8 are correctly filed in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Raquel Jones, Presiding Judge, 203rd Judicial District Court; to Crystal Brown, official court reporter, 203rd Judicial District Court; to LaToya R. Young-Martinez, deputy court reporter; to the Dallas County Auditor's Office; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE